DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUGO MONTEGO-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-0179 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| HUGO MONTEGO-LOPEZ, aka Carlos Montego-Aguilar, aka Edward Rumaldo Montego, | ) Date: June 21, 2011<br>) Time: 9:15 a.m.<br>) Judge: Lawrence K. Karlton |
| Defendant. | ) |

The parties request that the status conference in this case be continued from June 21, 2011, to July 26, 2011, at 9:15 a.m. They stipulate that, for the reasons stated below, the time between June 21, 2011, and July 26, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

The parties did not receive the pre-plea PSR until yesterday and thus, have not had sufficient time to consider the report and to negotiate any resolution. Defense counsel is unavailable from

Stipulation and Order                    1

June 26 to July 13. Accordingly, to allow necessary time to prepare and to assure continuity of defense counsel, the parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:  June 17, 2011               /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for Mr. Montego-Lopez


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated:  June 17, 2011               /s/ T. Zindel for M. Beckwith
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney

**ORDER**

The status conference is continued to July 26, 2011, at 9:15 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through July 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated:  June 21, 2011               /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT