DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
HUGO MONTEGO-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUGO MONTEGO-LOPEZ,<br>    aka Carlos Montego-Aguilar,<br>    aka Edward Rumaldo Montego,<br><br>    Defendant. | No. 2:11-CR-0179 LKK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>Date:  July 26, 2011<br>Time:  9:15 a.m.<br>Judge: Lawrence K. Karlton |

    The parties request that the status conference in this case be continued from July 26, 2011, to August 2, 2011, at 9:15 a.m. They stipulate that, for the reasons stated below, the time between July 26, 2011, and August 2, 2011, should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that both counsel may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

    The parties request additional time to consider the PSR report and to negotiate any resolution. Accordingly, to allow necessary

Stipulation and Order              1

time to prepare and to assure continuity of defense counsel, the parties stipulate and agree that the interests of justice served by granting this continuance therefore outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv).

              Respectfully submitted,

              DANIEL J. BRODERICK
              Federal Defender

Dated: July 22, 2011    /s/ T. Zindel
              TIMOTHY ZINDEL
              Assistant Federal Defender
              Attorney for Mr. Montego-Lopez


              BENJAMIN B. WAGNER
              United States Attorney

Dated: July 22, 2011    /s/ T. Zindel for M. Beckwith
              MICHELE BECKWITH
              Assistant U.S. Attorney

**ORDER**

   The status conference is continued to August 2, 2011, at 9:15 a.m. For the reasons set forth above, the court specifically finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time through August 2, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

   IT IS SO ORDERED.

Dated: July 22, 2011

              LAWRENCE K. KARLTON
              SENIOR JUDGE
              UNITED STATES DISTRICT COURT